DOWNEY BRAND LLP
KATHRYN L. OEHLSCHLAGER (Bar No. 226817)
CHRISTOPHER RENDALL-JACKSON (Bar No. 288933)
455 Market Street, Suite 1500
San Francisco, CA  94105-2442
Telephone:   415.848.4800
Facsimile:    415.848.4801

koehlschlager@downeybrand.com
crendall-jackson@downeybrand.com

Attorneys for Defendant
LASSEN MUNICIPAL UTILITY DISTRICT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LASSEN GOLD MINING, INC., <br><br> Plaintiff, <br><br> vs. <br><br> LASSEN MUNICIPAL UTILITY DISTRICT, <br><br> Defendant. | CASE NO.: 2:17-cv-02056-TLN-CMK <br><br> **STIPULATION AND ORDER TO EXTEND DEFENDANT'S TIME TO RESPOND TO COMPLAINT** |

    Plaintiff LASSEN GOLD MINING, INC. (LGMI) and Defendant LASSEN MUNICIPAL UTILITY DISTRICT (LMUD), by and through their respective counsel, hereby stipulate:

    Whereas, LGMI served the Complaint in the above-captioned action on LMUD on October 10, 2017;

    Whereas, on October 23, 2017, the parties stipulated to an extension of time for LMUD to respond to the Complaint in order to allow the parties to continue pursuing settlement negotiations that could avoid additional expenditure of time and resources on litigation;

    Whereas the October 23, 2017, stipulation extended the time to respond the Complaint for twenty-eight (28) days, until November 28, 2017, and therefore did not require the Court's approval pursuant to Local Rule 144(a);

    Whereas, the parties continue to engage in active settlement negotiations and seek to

avoid additional expenditure of time and resources on litigation;

Whereas, the parties now seek a second extension of time for LMUD to respond to the Complaint in order to allow the parties to continue pursuing settlement negotiations that could resolve this action without further litigation;

Whereas, Local Rule 144(a) requires that a second extension of time to respond to the Complaint be approved by the Court;

Whereas, Rule 6 of the Federal Rules of Civil Procedure allows the Court to extend deadlines for good cause;

**THEREFORE, THE PARTIES HEREBY STIPULATE** that the parties agree, and seek the Court's approval, to allow LMUD to respond to the Complaint in the above-captioned action by January 16, 2018, in order to continue negotiating toward a settlement of this action.

**IT IS SO STIPULATED**.

DATED: November 17, 2017      DOWNEY BRAND LLP

By: /s/ Kathryn L. Oehlschlager
KATHRYN L. OEHLSCHLAGER
Attorneys for Defendant
LASSEN MUNICIPAL UTILITY DISTRICT

DATED: November 17, 2017      WOODBURN & WEDGE

By: /s/ Chris Wicker
CHRIS WICKER
Attorneys for Plaintiff
LASSEN GOLD MINING, INC.

**ORDER**

Based on the parties' Stipulation, and good cause having been shown, the Court hereby ORDERS that the time for Defendant LASSEN MUNICIPAL UTILITY DISTRICT to respond to the Complaint be extended until January 16, 2018.

**IT IS SO ORDERED**.

Dated: November 21, 2017

_____
Troy L. Nunley
United States District Judge