DOWNEY BRAND LLP
KATHRYN L. OEHLSCHLAGER (Bar No. 226817)
CHRISTOPHER RENDALL-JACKSON (Bar No. 288933)
455 Market Street, Suite 1500
San Francisco, CA 94105-2442
Telephone:    415.848.4800
Facsimile:    415.848.4801

koehlschlager@downeybrand.com
crendall-jackson@downeybrand.com

Attorneys for Defendant
LASSEN MUNICIPAL UTILITY DISTRICT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LASSEN GOLD MINING, INC., | CASE NO.: 2:17-cv-02056-MCE-KJN |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND RULE 26 DEADLINES; ORDER THEREON** |
| LASSEN MUNICIPAL UTILITY DISTRICT, | |
| Defendant. | |

Plaintiff LASSEN GOLD MINING, INC. (LGMI) and Defendant LASSEN MUNICIPAL

UTILITY DISTRICT (LMUD), by and through their respective counsel, hereby stipulate:

Whereas, LGMI served the Complaint in the above-captioned action on LMUD on

October 10, 2017;

Whereas, the parties continue to engage in active settlement negotiations and seek to

avoid additional expenditure of time and resources on litigation;

Whereas, to further settlement efforts, the parties stipulated and the Honorable Troy L.

Nunley ordered that the time for LMUD to respond to the Complaint be extended until

January 16, 2018;

Whereas, the above-captioned matter was reassigned to the Honorable Morrison C.

England, Jr., on November 27, 2017;

DOWNEY BRAND LLP

DOWNEY BRAND LLP

1    Whereas the Initial Pretrial Scheduling Order requires that the parties meet and confer as

2  required by Federal Rule of Civil Procedure ("Rule") 26(f) regarding their discovery plan within

3  sixty (60) days after service of the Complaint;

4    Whereas LMUD and LGMI have met and conferred as required by Rue 26(f) and the

5  Initial Pretrial Scheduling Order;

6    Whereas Rule 26(f)(2) requires the parties to submit to the Court a written report outlining

7  their discovery plan within fourteen (14) days of meeting and conferring pursuant to Rule 26(f);

8    Whereas Rule 26(a)(1)(C) requires the parties to make initial disclosures within fourteen

9  (14) days of meeting and conferring pursuant to Rule 26(f) unless, among other things, a different

10  time is set by stipulation or Court order;

11    Whereas, Rule 6(b) allows the Court to extend deadlines for good cause;

12    **THEREFORE, THE PARTIES HEREBY STIPULATE** that the parties agree, and

13  seek the Court's approval, to extend the time to submit to the Court a written report outlining the

14  parties' discovery plan pursuant to Rule 26(f)(2) and to make initial disclosures pursuant to Rule

15  26(a)(1)(C) to January 30, 2018, in order to allow the parties to continue negotiating a settlement

16  of the above-captioned action.

17    **IT IS SO STIPULATED**.

18
19  DATED:  December 11, 2017        DOWNEY BRAND LLP

20
21                    By: /s/Kathryn L. Oehlschlager
                        KATHRYN L. OEHLSCHLAGER
22                        Attorneys for Defendant
                      LASSEN MUNICIPAL UTILITY DISTRICT

23  DATED:  December 11, 2017        WOODBURN & WEDGE

24
25                    By: /s/Chris Wicker
26                        CHRIS WICKER
                        Attorneys for Plaintiff
27                      LASSEN GOLD MINING, INC.

28

# ORDER

Based on the parties' Stipulation, and good cause having been shown, the Court hereby ORDERS that the time for Plaintiff LASSEN GOLD MINING, INC., and Defendant LASSEN MUNICIPAL UTILITY DISTRICT to submit to the Court a written report outlining the parties' discovery plan pursuant to Federal Rule of Civil Procedure 26(f)(2) and to make initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1)(C) be extended until January 30, 2018.

**IT IS SO ORDERED**.

Dated: January 3, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

DOWNEY BRAND LLP

1503979.1

3

Case No. 2:17-cv-02056-MCE-KJN

STIPULATION TO EXTEND RULE 26 DEADLINES; ORDER THEREON